UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80297-DMM

HUNTER RAINES, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MAGICJACK VOCALTEC LTD., DON CARLOS
BELL, III, IZHAK GROSS, DR. YUEN WAH
SING, TALI YARON-ELDAR, RICHARD
HARRIS, and ALAN B. HOWE,

    Defendants.

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

Plaintiff Hunter Raines ("Plaintiff") and Defendants hereby stipulate as follows:

### RECITALS

WHEREAS, Plaintiff filed the above-captioned action (the "Action") challenging the public disclosures made in connection with the proposed acquisition of magicJack Vocaltec Ltd. ("magicJack") by B. Riley Financial, Inc., and B. R. Acquisition Ltd, pursuant to an agreement and plan of merger filed with the United States Securities and Exchange Commission ("SEC") on or around November 9, 2017 (the "Transaction");

WHEREAS, Plaintiff asserts claims for violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14(a)-9 promulgated thereunder, based on alleged omissions in magicJack's Proxy Statement filed with the SEC on or around February 8, 2018 (the "Proxy Statement");

11552390.1

WHEREAS, on March 13, 2018, magicJack filed an amendment to the Proxy Statement that included certain additional information that mooted claims regarding the sufficiency of the disclosures in the Proxy Statement (the "Supplemental Disclosure");

WHEREAS, Plaintiff's Counsel believes they may assert a claim for a fee in connection with the prosecution of the Action and the issuance of the Supplemental Disclosure, and have informed Defendants of their intention to petition the Court for such a fee if their claim cannot be resolved through negotiations between counsel for Plaintiff and Defendants (the "Fee Application");

WHEREAS, all of the Defendants in the Action reserve all rights, arguments, and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness fee application or award; and

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the Court's approval, that:

1. The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff only. All claims on behalf of the putative class are dismissed without prejudice. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a

putative class, notice to the putative class of this dismissal is not required.

2. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's forthcoming Fee Application pursuant to Local Rule 7.3, if Plaintiff files such Fee Application.

3. This Stipulation is entered without prejudice to any right, position, claim, or defense any party may assert with respect to the Fee Application, which includes the Defendants' right to oppose the Fee Application.

4. If the parties reach an agreement concerning the Fee Application, they will notify the Court promptly. Upon such notification, the Court will close the Action.

| | |
|---|---|
| SHEPHERD, FINKELMAN, MILLER & SHAH, LLP<br><br>By: _____<br>Scott R. Shepherd (Fla. Bar No. 69655)<br>Nathan Zipperian (Fla. Bar No. 61525)<br>1625 N. Commerce Pkwy Suite 320<br>Fort Lauderdale, FL 33326<br>Telephone: (866) 849-7545<br>Facsimile: (866) 300-7367<br>Email: sshepherd@sfmslaw.com<br>Email: nzipperian@sfmslaw.com | BRYAN CAVE, LLP<br><br>By: _____<br>David Axelman (Fla. Bar No. 90872)<br>200 South Biscayne Boulevard, Suite 400<br>Miami, FL 33131-5354<br>Telephone: (786) 322-7500<br>Facsimile: (786) 322-7501<br>Email: david.axelman@bryancave.com<br>*Attorneys for Defendants* |

MONTEVERDE & ASSOCIATES PC
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Telephone: (212) 971-1341
Facsimile: (212) 202-7880
Email: jmonteverde@monteverdelaw.com
Email: mschreiner@monteverdelaw.com
*Attorneys for Plaintiff*

11552390.1