UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-80297-CV-MIDDLEBROOKS

HUNTER RAINES, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

MAGICJACK VOCALTEC LTD., DON CARLOS
BELL, III, IZHAK GROSS, DR. YUEN WAH
SING, TALI YARON-ELDAR, RICHARD
HARRIS, and ALAN B. HOWE,

      Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' "Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)" ("Stipulation"), filed on March 21, 2018. (DE 4). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(1) The Court retains jurisdiction for 90 days to rule on any Fee Application filed pursuant to Local Rule 7.3.

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 22 day of March, 2018.

                                                      DONALD M. MIDDLEBROOKS
                                                      UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record